DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MYRLENE FECU,**
Appellant,

v.

**WELLINGTON CLUB APARTMENTS,**
Appellee.

No. 4D22-1390

[October 6, 2022]

Appeal from the County Court of the Fifteenth Judicial Circuit, Palm Beach County; Sara Alijewicz, Judge; L.T. Case No. 50-2022-SC-002144-XXXX-WB.

Myrlene Fecu, Wellington, pro se.

No appearance for appellee.

PER CURIAM.

*Affirmed.* Fla. R. App. P. 9.315(a).

KLINGENSMITH, C.J., LEVINE and KUNTZ, JJ.

\* \* \*

*Not final until disposition of timely filed motion for rehearing.*